AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  PITTMAN, THOMAS V | 2. Court or Organization  SOUTHERN DISTRICT OF ALABAMA | 3. Date of Report  05/11/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address  ROOM 401, U. S. COURTHOUSE  113 ST. JOSEPH STREET  MOBILE, ALABAMA 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | SAMFORD UNIVERSITY, BIRMINGHAM, ALABAMA |
| 2. MEMBER, BOARD OF TRUSTEES | BAPTIST OAKS (APTS.), MOBILE, ALABAMA |
| 3. TRUSTEE | ████ TRUST U/W |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 17 A 11: 38 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMPASS BANK (CHECKING) | A | Interest | J | T | | | | | |
| 2. SCUDDER MANAGED MUNI BOND FUND | A | Interest | K | T | | | | | |
| 3. ARMY AVIATION CENTER FEDERAL CREDIT UN (SVGS) | A | Interest | J | T | | | | | |
| 4. COMPASS BANK (MONEY MARKET) | A | Interest | J | T | | | | | |
| 5. LINCOLN NATIONAL LIFE (ANNUITY) | D | Interest | M | T | | | | | |
| 6. NATIONWIDE LIFE & ANNUITY INS CO (ANNUITY) | C | Interest | M | T | | | | | |
| 7. AMSOUTH BANK (CHECKING) | A | Interest | J | T | | | | | |
| 8. SCHWAB ACCOUNT # 1 | | | | | | | | | |
| 9. -MANAGER'S INT'L EQUITY FUND A | A | Dividend | J | T | | | | | |
| 10. -PIMCO LOW DURATION FUND | B | Dividend | K | T | | | | | |
| 11. - SCHWAB GOVERNMENT MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 12. - MANAGER'S CAPITAL APPRECIATION FUND | | None | J | T | | | | | |
| 13. - MANAGER'S SPECIAL EQUITY FUND | | None | J | T | | | | | |
| 14. - PIMCO REAL RETURN FUND | B | Dividend | K | T | | | | | |
| 15. TRUST A | D | Interest | M | T | | | | | |
| 16. - AMERICAN ELECTRIC POWER COM STK | | | | | PART SALE | 06/02 | J | B | |
| 17. - DUKE ENERGY CORP COM STK | | | | | PART SALE | 06/02 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - RMK SELECT GROWTH FUND A | | | | | | | | | |
| 19. - RMK SELECT VALUE FUND A | | | | | | | | | |
| 20. - WISCONSIN ENERGY COM STK | | | | | PART SALE | 06/02 | J | B | |
| 21. - REGIONS MORGAN KEEGAN MONEY MARKET FUND | | | | | | | | | |
| 22. - RMK SELECT MID CAP FUND A (01SA) | | | | | | | | | |
| 23. - RMK SELECT MID CAP FUND A (01AA) | | | | | | | | | |
| 24. - FIDELITY ADV EQUITY INCOME FUND | | | | | | | | | |
| 25. TRUST B | D | Interest | N | T | | | | | |
| 26. - U S TREASURY NOTES | | | | | | | | | |
| 27. - A T & T COM STK | | | | | | | | | |
| 28. - BELLSOUTH CORP COM STK | | | | | | | | | |
| 29. - COMCAST CORP COM STK | | | | | | | | | |
| 30. - FPL GROUP INC COM STK | | | | | | | | | |
| 31. - RMK SELECT GROWTH FUND A | | | | | | | | | |
| 32. - RMK SELECT VALUE FUND A | | | | | | | | | |
| 33. - RMK SELECT MID CAP GROWTH A | | | | | | | | | |
| 34. - A T & T COM STK (FORMERLY SBC COMM) | | | | | MERGER | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 35. - VERIZON COMMUNICATION COM STK | | | | | | | | | | |
| 36. - REGIONS MORGAN KEEGAN MONEY MARKET FUND | | | | | | | | | | |
| 37. - RMK SELECT MID CAP VALUE FUND A | | | | | | | | | | |
| 38. - FIDELITY ADV EQUITY INCOME FUND A | | | | | | | | | | |
| 39. - FIDELITY ADV DIVERS INT'L INCOME FUND A | | | | | | | | | | |
| 40. CHEVRON CORPORATION COM STK | B | Dividend | K | T | | | | | | |
| 41. AMSOUTH BANK (CHECKING WITH INTEREST) | A | Interest | J | T | | | | | | |
| 42. EDWARD JONES ACCT # 1 | | | | | | | | | | |
| 43. - EDWARD JONES CASH HOLDING ACCT W/ VAR INT | A | Interest | J | T | | | | | | |
| 44. - COMMERCIAL CAP BANK CD | A | Interest | | | SOLD | 03/28 | J | A | | |
| 45. - PEOPLES BANK CD | A | Interest | | | SOLD | 08/26 | K | | | |
| 46. - ACACIA FEDERAL SAVINGS BANK CD | A | Interest | | | SOLD | 09/26 | K | | | |
| 47. - CAPITAL ONE BANK CD | A | Interest | K | T | | | | | | |
| 48. - KEY BANK CD | B | Interest | K | T | | | | | | |
| 49. - MBNA AMERICA BANK CDS | C | Interest | L | T | | | | | | |
| 50. - DE SOTO TEXAS G. O. BONDS | A | Interest | K | T | | | | | | |
| 51. - DE SOTO TEXAS CERTS OF OBLIGATION | A | Interest | K | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - GENERAL ELECTRIC CAP CORP BOND | B | Interest | K | T | BUY | 10/14 | K | | |
| 53. - FEDERAL HOME LOAN MORTGAGE CORP NOTES | C | Interest | L | T | | | | | |
| 54. - DISCOVER BANK CD | A | Interest | J | T | BUY | 04/20 | J | | |
| 55. - ROYAL AMERICAN BANK CD | A | Interest | K | T | BUY | 09/20 | K | | |
| 56. EDWARD JONES ACCT # 2 | | | | | | | | | |
| 57. - EDWARD JONES CASH HOLDING ACCT W/ VAR INT | A | Interest | K | T | | | | | |
| 58. - DISCOVER BANK CD | A | Interest | | | SOLD | 10/31 | K | | |
| 59. - CAPITAL ONE BANK CD | A | Interest | K | T | | | | | |
| 60. - FEDERAL HOME LOAN MORTGAGE CORP NOTES | C | Interest | L | T | | | | | |
| 61. SCHWAB ACCT # 2 | | | | | | | | | |
| 62. - SCHWAB MUNI MONEY FUND | | None | J | T | | | | | |
| 63. COLONIAL BANK CD | A | Interest | K | T | | | | | |
| 64. COLONIAL BANK CD | C | Interest | L | T | | | | | |
| 65. COLONIAL BANK CD | B | Interest | K | T | | | | | |
| 66. COMPASS BANK PREFERRED MONEY MARKET | A | Interest | K | T | ACCT OPENED | 10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL INFORMATION REGARDING ITEMS UNDER PART VII

ITEM 34 - SBC COMMUNICATIONS INC WAS MERGED WITH A T & T - NO SHARES WERE PURCHASED OR SOLD AND NO GAIN RECOGNIZED ON MERGER

ITEM 52 - PROCEEDS FROM SALE OF ITEM 46 WERE USED TO ACQUIRE ADDITIONAL AMOUNT OF THIS INVESTMENT

ITEM 54 - PROCEEDS FROM SALE OF ITEM 44 WERE USED TO ACQUIRE THIS INVESTMENT

ITEM 55 - PROCEEDS FROM SALE OF ITEM 45 WERE USED TO ACQUIRE THIS INVESTMENT

ITEM 57 - PROCEEDS FROM SALE OF ITEM 58 WERE DEPOSITED TO THIS ACCOUNT

ITEM 66 - ACCOUNT OPENED WITH TRANSFER OF FUNDS FROM ITEM 4

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 5/12/66

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544